CATHERINE E. HOLZHAUSER, SBN 118756
ABEL RODRIGUEZ, III, SBN 328407
**BEESON, TAYER & BODINE, APC**
520 Capitol Mall, Suite 300
Sacramento, CA  95814-4714
Telephone:     (916) 325-2100
Facsimile:     (916) 325-2120
Email:          cholzhauser@beesontayer.com
                arodriguez@beesontayer.com

Attorneys for Plaintiff Trustees on Behalf of Teamsters Benefit Trust

**UNITED STATES DISTRICT COURT CALIFORNIA**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**AT SACRAMENTO**

| | |
|---|---|
| TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST,<br><br>                    Plaintiff,<br><br>        v.<br><br>PATTERSON HEAVY HAUL, INC.,<br><br>                    Defendant. | Case No. 2:23-CV-02393 JDP<br><br>**JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF COURT'S OCTOBER 10, 2024 SETTLEMENT CONFERENCE**<br><br>Hearing Date:     October 10, 2024<br>Hearing Time:     9:30am<br>Courtroom:<br>Judge:            Hon. Carolyn K. Delaney<br>Complaint Filed:  October 20, 2023 |

IT IS HEREBY REQUESTED by and between Plaintiff TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST and Defendant PATTERSON HEAVY HAUL, INC. (collectively, the "Parties"), by and through their respective counsel of record, enter into this Request and [Proposed] Order for a continuance of the Court's October 10, 2024 settlement conference as follows.

Counsel for Plaintiff advised Defendant's counsel via email on September 26, 2024 that neither Plaintiff's counsel nor a designated representative with authority to settle the matter would be available on October 10, 2024.  After confirming the Court's alternative available dates for the settlement conference, the Parties mutually agreed to request the conference be moved to November 25, 2024.

**Joint Stipulation and Request for Continuance of Court's October 10, 2024**
**Settlement Conference**
Case No. 2:23-cv-02393 JDP

1

THEREFORE, the Parties request that the settlement conference currently scheduled for October 10, 2024 be continued to November 25, 2024 at 9:30am.

Dated:  September 27, 2024         BEESON, TAYER & BODINE, APC

By:  /S/ ABEL RODRGIUEZ
     ABEL RODRIGUEZ
Attorneys for Plaintiff Trustees on Behalf of Teamsters Benefit Trust

Dated:  October 1, 2024            LAW OFFICE OF JEFFREY A. SILVIA, APC.

By:  /S/ JEFFREY A. SILVIA
     JEFFREY A. SILVIA
Attorneys for Defendant
Patterson Heavy Haul, Inc.

**Joint Stipulation and Request for Continuance of Court's October 10, 2024 Settlement Conference**
Case No. 2:23-cv-02393 JDP

2

## **ORDER**

The Court, having reviewed the Joint Stipulation, good cause appearing, continues the current Settlement Conference to 11/25/2024 at 9:30 AM via Zoom.

Dated: October 1, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3

**Joint Stipulation and Request for Continuance of Court's October 10, 2024 Settlement Conference**
Case No. 2:23-cv-02393 JDP