CATHERINE E. HOLZHAUSER, SBN 118756
ABEL RODRIGUEZ, III, SBN 328407
**BEESON, TAYER & BODINE, APC**
520 Capitol Mall, Suite 300
Sacramento, CA  95814-4714
Telephone:    (916) 325-2100
Facsimile:     (916) 325-2120
Email:          cholzhauser@beesontayer.com
                    arodriguez@beesontayer.com

Attorneys for Plaintiff Trustees on Behalf of Teamsters Benefit Trust

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# AT SACRAMENTO

| | |
|---|---|
| TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PATTERSON HEAVY HAUL, INC.,<br><br>Defendant. | Case No. 2:23-CV-02393 JDP<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINES**<br><br>Judge:              Hon. Jeremy D. Peterson<br>Complaint Filed:  October 20, 2023 |

Plaintiff TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST ("Plaintiff") and Defendant PATTERSON HEAVY HAUL, INC., ("Defendant") ("collectively, the "Parties") hereby stipulate and respectfully request that the Court extend the time for all Discovery deadlines by 60 days for the following reasons:

1. On October 20, 2023, Plaintiff filed its Complaint against Defendant seeking payment of owed contributions under an audit;

2. The Parties have engaged in multiple settlement discussions since the filing of the Complaint and believe resolution of the dispute requires the exchange of numerous documents Defendant continues to search for;

---

**STIPULATION TO EXTEND DISCOVERY**

Case No. 2:23-cv-02393 JDP

1

23cv2393.o.0410 stip modify scheduling order.em

3. Plaintiff has served on Defendant Requests for Production of Documents, Special Interrogatories, and Requests for Admission on March 10, 2025 and the Parties have agreed to extend the deadline for Defendant to provide responses to April 24, 2025, which will require additional time for discovery in the event disputes arise from Plaintiff's discovery requests;

4. For the same reasons, Plaintiff and Defendant, through their undersigned counsel, jointly stipulate to extend the time for completion of Discovery as follows:

|  | Original Deadline | New Deadline |
|---|---|---|
| Discovery cutoff | April 24, 2025 | June 23, 2025 |
| Last day to hear non-dispositive discovery motions | April 3, 2025 | June 5, 2025 |
| Last day to hear dispositive discovery motions | June 26, 2025 | August 28, 2025 |
| Rule 26(a) disclosures | May 9, 2025 | July 8, 2025 |

**IT IS SO STIPULATED AND REQUESTED.**

Dated: April 9, 2025          BEESON, TAYER & BODINE, APC


By:   */s/ ABEL RODRIGUEZ*
          ABEL RODRIGUEZ
Attorneys for Plaintiff Trustees on Behalf of
Teamsters Benefit Trust

Dated: April 7, 2025                                    LAW OFFICES OF JEFFREY A. SILVIA


                                                        By:   /s/ JEFFREY A. SILVIA
                                                              JEFFREY A. SILVIA
                                                              Attorney for Defendant Patterson Heavy Haul, Inc.

### [PROPOSED] ORDER

Having considered the Parties' Stipulation and Request, and for good cause shown, the Court extends discovery deadlines in this matter as follows:

|  | Original Deadline | New Deadline |
|---|---|---|
| Discovery cutoff | April 24, 2025 | June 23, 2025 |
| Last day to ~~hear non-dispositive~~ discovery motions | April 3, 2025 | June 5, 2025 |
| Last day to hear dispositive ~~discovery~~ motions | June 26, 2025 | August 28, 2025 |
| Rule 26(a) disclosures | May 9, 2025 | ~~July 8, 2025~~ May 9, 2025 |

IT IS SO ORDERED.

Dated:   April 10, 2025                                 _____
                                                        JEREMY D. PETERSON
                                                        UNITED STATES MAGISTRATE JUDGE