UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PATTERSON HEAVY HAUL, INC.,<br><br>Defendant. | Case No.  2:23-cv-2393-JDP<br><br>ORDER TO SHOW CAUSE |

On July 23, 2025, plaintiff filed a motion for summary judgment. ECF No. 28. Under the court's local rules, a responding party is required to file an opposition or statement of non-opposition to a motion no later than fourteen days after the date it was filed. E.D. Cal. L.R. 230(c). To date, defendant has not filed a response to the motion.

Defendant will be ordered to show cause why sanctions should not be imposed for its failure to timely respond to plaintiff's motion. *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.").

1

Accordingly, it is hereby ORDERED that:

1. The August 28, 2025 hearing on plaintiff's motion for summary judgment is continued to October 9, 2025, at 10:00 a.m.

2. By no later than September 4, 2025, defendant shall file an opposition or statement of non-opposition to plaintiff's motion for summary judgment.

3. Defendant shall show cause, by no later than September 4, 2025, why sanctions should not be imposed for failure to timely file an opposition or statement of non-opposition to plaintiff's motion.

4. Plaintiff may file a reply to defendant's opposition, if any, no later than September 18, 2025.

IT IS SO ORDERED.

Dated:  __August 21, 2025__                                      _____
                                                                     JEREMY D. PETERSON
                                                                     UNITED STATES MAGISTRATE JUDGE