UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST, | Case No.  2:23-cv-2393-JDP |
| Plaintiff, | |
| v. | ORDER |
| PATTERSON HEAVY HAUL, INC., *et al.*, | |
| Defendants. | |

Motion practice has concluded, and claims remain pending.  The court will hold a status conference on May 14, 2026, at 10:00 a.m.  No later than fourteen days before the conference, the parties shall file status reports discussing: potential interest in a settlement conference, any practical limitations on going to trial at this juncture, proposed dates for the pretrial conference and trial, estimated trial length, and any other measure that would secure speedy and efficient resolution of this case.

Accordingly, it is hereby ORDERED that:

1. A status conference is set for May 14, 2026, at 10:00 a.m.  The conference will be conducted via Zoom.

1

2.  By no later than April 30, 2026, the parties shall file status reports addressing the matters identified above.

IT IS SO ORDERED.

Dated:    April 3, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2