UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PATTERSON HEAVY HAUL, INC.,<br><br>Defendant. | Case No.  2:23-cv-2393-JDP<br><br>FURTHER SCHEDULING ORDER |

Motions for summary judgment in this matter have been resolved pursuant to the order filed March 30, 2026.  ECF No. 41.  Good cause appearing, the court will, by this order, set a further schedule for this litigation.

Good cause appearing, pursuant to Fed. R. Civ. P. 16(b), THIS COURT ORDERS AS FOLLOWS:

1. The deadline to file motions in limine is January 4, 2027, with any opposition and statements of non-oppositions due by January 11, 2027.  Where necessary for sealing purposes, a motion in limine or opposition to a motion in limine may be filed separately from the rest of the motions or oppositions.  Parties should be prepared to present arguments on these motions at the final status conference, which is scheduled for January 14, 2027, at 10:00 a.m.

3. A final pretrial conference (as described in Local Rule 282) is set in this case for

1

December 10, 2026 at 10:00 a.m., via Zoom, before the Honorable Jeremy D. Peterson.

4. The parties shall file and serve a joint pretrial statement on or before November 25, 2026. The parties' attention is directed to Local Rules 281 and 282. This court will insist upon strict compliance with these rules. At the pretrial conference, the court will set deadlines to file trial briefs, and proposed jury voir dire, jury instructions, and verdict forms (where applicable). The parties are advised that failure to file a joint pretrial statement consistent with the requirements of Local Rule 281 may result in the imposition of sanctions.

5. A final status conference is set for January 14, 2027, at 10:00 a.m., via Zoom before the Honorable Jeremy D. Peterson in Courtroom 9.

6. This matter is set for jury trial before the Honorable Jeremy D. Peterson on January 19, 2027, at 9:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:    June 16, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2